IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARILYN FREED** : | |
|     Plaintiffs, : | |
| : | **CIVIL ACTION** |
| vs. : | **NO. 08-3348** |
| : | |
| **CELEBRITY CRUISES, INC;** : | |
| **AZAMARA CRUISES; and** : | |
| **ROYAL CARIBEAN CRUISES, LTD.** : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this _____ day of December, 2009, upon consideration of Defendant's Motion to Transfer Venue (Doc. 6) and all responses thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

                                        **BY THE COURT:**

                                        **/s/ Petrese B. Tucker**
                                        _____
                                        **Hon. Petrese B. Tucker, U.S.D.J.**